**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STEVEN S. WEINSHEL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> OCWEN FINANCIAL CORPORATION, a Georgia corporation, OCWEN LOAN SERVICING, LLC, a Delaware limited liability company, ALLY FINANCIAL INC., a Delaware corporation, and GMAC MORTGAGE GROUP LLC, a Delaware company, <br><br> Defendants. | Case No. 1:13-cv-09050 <br><br> Hon. Judge Wood |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Steven S. Weinshel, by and through his counsel, hereby gives notice that the above- captioned action is voluntarily dismissed without prejudice against Defendants Ally Financial Inc. and GMAC Mortgage Group LLC.

Dated: February 10, 2014

Respectfully submitted,

**STEVEN S. WEINSHEL**, individually and on behalf of all others similarly situated,

By:   /s/ Alicia E. Hwang
        One of Plaintiff's Attorneys

Alicia E. Hwang
ahwang@edelson.com
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

David A. Stampley
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3072
Facsimile: (212) 202-6364
dstampley@kamberlaw.com

## CERTIFICATE OF SERVICE

       I, Alicia E. Hwang, an attorney, hereby certify that on February 10, 2014, I served the above and foregoing *Notice of Voluntary Dismissal*, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 10th day of February 2014.

                                                   /s/ Alicia E. Hwang