# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STEVE S. WEINSHEL, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OCWEN FINANCIAL CORPORATION, a Georgia corporation, OCWEN LOAN SERVICING, LLC, a Delaware limited liability company, ALLY FINANCIAL INC., a Delaware corporation, and GMAC MORTGAGE GROUP, LLC, a Delaware company, )<br>)<br>Defendants. ) | Case No. 13-cv-9050<br><br>The Honorable Andrea R. Wood |

## NOTICE OF MOTION

To:   *See* Certificate of Service

PLEASE TAKE NOTICE that on Wednesday, March 5, 2014, at 9:00 a.m., I shall appear before the Honorable Andrea R. Wood in Courtroom 1725 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Plaintiff's Motion for Extension of Time, a copy of which is hereby served upon you.

DATED:  February 27, 2014          **Ocwen Financial Corporation and Ocwen Loan Servicing, LLC**

Simon Fleischmann                          By:     /s/ David F. Standa
Ryan M. Holz                                            One of Its Attorneys
David F. Standa
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone:  312-443-1748
Email:  dstanda@lockelord.com

**CERTIFICATE OF SERVICE**

       I, David F. Standa, an attorney, certify that I caused the foregoing Notice of Motion to be served upon all persons and entities authorized and registered to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on February 27, 2014:

                                                 /s/David F. Standa